| 1  | HEATHER E. WILLIAMS, Bar #122664 |
|    | Federal Defender |
| 2  | ERIC V. KERSTEN, Bar #226429 |
|    | Assistant Federal Defender |
| 3  | Designated Counsel for Service |
|    | 2300 Tulare Street, Suite 330 |
| 4  | Fresno, CA  93721-2226 |
|    | Telephone: (559) 487-5561 |
| 5  |  |
| 6  | Attorney for Defendant |
|    | JOSE JUAREZ TAPIA |
| 7  |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00119 DAD |
|  | Case No. 1:19-cr-00067 DAD |
| *Plaintiff,* |  |
| v. | STIPULATION TO CONTINUE CHANGE |
|  | OF PLEA HEARING; ORDER |
| JOSE JUAREZ TAPIA, |  |
| *Defendant.* | DATE:  December 9, 2019 |
|  | TIME:  10:00 a.m. |
|  | JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the change of plea hearing scheduled for November 18, 2019, may be continued to December 9, 2019, or the soonest date thereafter convenient to the Court.

While it is anticipated this matter will be resolved via plea agreement, this continuance is requested to allow the parties additional time to gather relevant information, conduct investigation, and engage in further negotiations before reaching a final resolution. After Mr. Juarez Tapia was charged with illegal reentry in case 1:19-cr-00119-DAD-BAM, his supervised release violation pending in the District of Arizona was transferred from Arizona to the Eastern District of California, in Case No. 1:19-cr-00067 DAD.  The parties believe it would promote judicial efficiency to resolve both matters in a single agreement, but need additional time to coordinate with USPO.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: November 14, 2019        /s/ *Laura D. Withers*
                                LAURA D. WITHERS
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: November 14, 2019        /s/ *Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE JUAREZ TAPIA

## ORDER

The status conference for Jose Juarez Tapia is continued to December 9, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **November 14, 2019**        /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE